[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 11-16097
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JULY 5, 2012
JOHN LEY
CLERK

D.C. Docket No. 1:99-cr-00125-KMM-6


UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

BERNARD SHAW,

Defendant - Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(July 5, 2012)

Before CARNES, WILSON and KRAVITCH, Circuit Judges.

PER CURIAM:

Gail M. Stage, on behalf of Michael Caruso, interim Federal Public

Defender and appointed counsel for Bernard Shaw in this appeal from the denial of an 18 U.S.C. § 3582(c)(2) sentence reduction motion, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED**, and the denial of Shaw's § 3582(c)(2) motion to reduce his sentence is **AFFIRMED**.